UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JERRY A. QUINN,

        Plaintiffs,

v.                                                                                       Case No. 25-cv-0458-scd-bhl

DEPUTY BIRKHOLTZ et al.,

        Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On March 27, 2025, Plaintiff Jerry A. Quinn, proceeding *pro se*, filed a complaint against Defendants Deputy Birkholtz, Deputy Barrett, and the Fond du Lac County Sheriff's Department. Dkt. No. 1. Quinn identified Shelina Jeannette Grant as a co-plaintiff, but Grant did not sign the complaint or pay the civil case filing fee. Quinn was granted leave to proceed without prepaying the filing fee by Magistrate Judge Stephen C. Dries. In his complaint, Quinn alleges that Deputy Birkholtz and Deputy Barrett illegally searched the vehicle in which he was a passenger. Dkt. No. 1. Judge Dries concluded that Quinn had stated facts sufficient to state a Fourth Amendment claim against Birkholtz and Barrett. Dkt. No. 9. But he recommended that Grant be removed as a plaintiff because she did not sign the complaint and that the claim against the Fond du Lac County Sheriff's Department be dismissed because it is not a suable entity under §1983. *Id*.

Pursuant to General L. R. 72(c), 28 U.S.C. §636(b)(1)(B) and (C), and Fed. R. Civ. P. 6(d) and 72(b)(2), Quinn and Grant had until August 12, 2025 to file and serve written objections to the Magistrate Judge's Report and Recommendation. No objections were filed. Accordingly, the Court's review is limited, and the Report and Recommendation will only be rejected or modified

if it is "clearly erroneous or contrary to law." 28 U.S.C. §636(b)(1)(A). The Court will adopt the Report and Recommendation of Judge Dries. The record and relevant law support Judge Dries's recommendation to remove Grant as a plaintiff and to dismiss the claim against the Fond du Lac County Sheriff's Department.

**IT IS THEREFORE ORDERED** that Magistrate Judge Dries's Report and Recommendation (Dkt. No. 9) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the claim against the Fond du Lac County Sheriff Department is **DISMISSED** and Shelina Jeannette Grant is **REMOVED** as a plaintiff and any claims brought by her are **DISMISSED**. The clerk's office is directed to terminate them from this action.

**IT IS FURTHER ORDERED** that this case be returned to Judge Dries for further proceedings.

Dated at Milwaukee, Wisconsin on August 14, 2025.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge